

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVIGATORS INSURANCE CO., et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>TOP CONSTRUCTION, INC., et al.,<br><br>   Defendants. | Case No. CV 2:14-CV-2469-SVW-PJW<br><br>JUDGMENT |

Plaintiffs Navigators Insurance Company and Navigators Specialty Insurance Company's motion for summary judgment against the only appearing defendant in this matter, Kyle Wong, was granted on April 27, 2015. Plaintiffs' motion for default judgment against defaulted parties Top Construction, Inc., and Nelson Chu was granted June 25, 2015.

It is therefore ordered and adjudged that judgment in this action be entered in favor of Plaintiffs Navigaors Insurance Company and Navigators Specialty Insurance Company and against Defendants Top Construction, Inc., Nelson Chu, and Kyle Wong as follows:

Navigators Specialty Insurance Company Policy No. 04-N000193,

issued to Top Construction, Inc., effective November 13, 2008, to November 13, 2009, is hereby rescinded and void *ab initio*.

Plaintiff shall recover costs.

Dated: June 30, 2015

                                           STEPHEN V. WILSON
                                         United States District Judge